partment. November 24, 1911.) Action by Charles P. Morrison and others against Hurtig & Seamon. No opinion. Motion denied, with $10 costs. Order filed. See, also, supra.

MORRISSEY et al., Respondents, v. RICHE, Appellant. (Supreme Court, Appellate Division, First Department. November 24, 1911.) Action by William Morrissey and another against Pasquale A. Riche. S. Wechsler, for appellant. M. W. Unger, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed.

MT. MORRIS BANK v. LAWRENCE et al. (Supreme Court, Appellate Division, First Department. November 24, 1911.) Action by the Mt. Morris Bank against Julia C. Lawrence, impleaded with others. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant comply with terms stated in order. Order filed.

MUELLER, Respondent, v. AMERICAN ICE CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 27, 1911.) Action by John Mueller against the American Ice Company. No opinion. Judgment and order unanimously affirmed, with costs.

MURDOCK, Appellant, v. LEEMING et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 6, 1911.) Action by Harvey Murdock against Thomas L. Leeming and the Brooklyn Trust Company, as executors, etc., impleaded with others.

PER CURIAM. Order affirmed, with $10 costs and disbursements. See, also, 140 App. Div. 895, 125 N. Y. Supp. 1132.

BURR, J., votes to affirm as to the respondents McCutcheon and Holt, and to reverse as to the other respondents.

CARR, J., not voting.

MURRAY, Respondent, v. RICHARDSON, Appellant. (Supreme Court, Appellate Division, Second Department. October 11, 1911.) Action by George W. Murray against William P. Richardson, as administrator, etc. No opinion. Motion granted, without costs. See, also, 130 N. Y. Supp. 1122.

MUTUAL COAL CO. v. H. G. REALTY CO. (Supreme Court, Appellate Division, First Department. November 24, 1911.) Action by the Mutual Coal Company against H. G. Realty Company. No opinion. Application granted. Order signed. See, also, 130 N. Y. Supp. 169.

MYERS, Respondent, v. GRAY et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 20, 1911.) Action by Florence M. Myers, administratrix, etc., of Philip V. Myers, deceased, against James A.

Gray, Jr., and others. No opinion. Judgment (122 N. Y. Supp. 1079) affirmed, with costs. See, also, 129 N. Y. Supp. 1136.

NANNENY, Respondent, v. SNYDER, Appellant. (Supreme Court, Appellate Division, Third Department. November 29, 1911.) Action by Francis Nanneny, an infant, etc., against George H. Snyder. No opinion. Order affirmed, with $10 costs and disbursements.

NAPIER, Appellant, v. SPIELMAN et al., Respondents. (Supreme Court, Appellate Division, First Department. November 3, 1911.) Action by Thomas S. Napier against Charles Spielman and others. J. N. Hayes, for appellant. C. E. Rushmore, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 129 N. Y. Supp. 1142.

NATHAN, Appellant, v. WOOLVERTON, Respondent. (Supreme Court, Appellate Division, Second Department. November 17, 1911.) Action by Siegmund Nathan against William H. Woolverton, as president of the New York Transfer Company. No opinion. Order (69 Misc. Rep. 425, 127 N. Y. Supp. 442) unanimously affirmed, with costs, on the opinion of Jaycox, J., at Trial Term.

In re N. DAIN'S SONS' CO. (Supreme Court, Appellate Division, Second Department. October 13, 1911.) In the matter of the application of N. Dain's Sons' Company for an order for the examination of John Lowry, Jr.

PER CURIAM. The disposition of this appeal is controlled by the rule stated in Matter of Schlotterer, 105 App. Div. 115, 93 N. Y. Supp. 895, which holds that section 870 et seq. of the Code of Civil Procedure do not authorize the examination of a proposed party to an action not yet begun, except for the sole purpose of perpetuating the testimony of such proposed party. The application under review is made upon the ground that the plaintiff cannot safely frame his complaint without such examination. Order reversed, with $10 costs and disbursements, and motion granted, with costs.

NELLIS, Appellant, v. CONNOR, Respondent. (Supreme Court, Appellate Division, Third Department. November 15, 1911.) In the matter of the application of George W. Nellis, Jr., for a writ of mandamus, against John Connor, Clerk of the Board of Supervisors of the County of Columbia. No opinion. Order unanimously affirmed, with costs.

NELSON v. BANK FOR SAVINGS et al. (Supreme Court, Appellate Division, Second Department. October 6, 1911.) Action by Ellen Nelson against the Bank for Savings and James S. Duffy, as executor, etc.

PER CURIAM. Order reversed, with $10 costs and disbursements, and ordered that plaintiff render, within 10 days after entry of order herein, a verified bill of particulars, answering